DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMIKA ROXANNE DYER,**
Appellant,

v.

**RENIYAH TRENAE MITCHELL,**
Appellee.

No. 4D2025-2276

[April 9, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie C. Moon, Judge; L.T. Case No. DVCE25013494.

Tamika Roxanne Dyer, Lauderhill, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***